**EXHIBIT B**

# The Judicial Branch of Arizona, Maricopa County

**Civil Court Case Information - Case History**

## Case Information

| | | | |
|---|---|---|---|
| **Case Number:** | CV2009-038909 | **Judge:** | Heilman, Joseph |
| **File Date:** | 12/16/2009 | **Location:** | Downtown |
| **Case Type:** | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Franklin Buchanan | Plaintiff | Male | Howard Gai |
| Metropolitan Life Insurance Company | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing |
|---|---|---|---|
| 12/16/2009 | COM - Complaint | 12/18/2009 | |
| 12/16/2009 | CCN - Cert Arbitration - Not Subject | 12/18/2009 | |

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**



COPY

DEC 1 6 2009

MICHAEL K. JEANES, CLERK
___ M. VELAR
_____ DEPUTY CLERK

1  **HOWARD R. GAINES, ESQ.**
   Bar Number 014170
2  3200 North Central Avenue
   Suite 2350
3  Phoenix, Arizona 85012
   (602) 274-1400
4
   Attorney for Plaintiff
5  FRANKLIN BUCHANAN

6

7                    STATE OF ARIZONA

8        SUPERIOR COURT OF MARICOPA COUNTY

                            CV2009-038909
9  FRANKLIN BUCHANAN,          )   CASE NO:
10                             )
         Plaintiff,            )   COMPLAINT FOR:
11                             )
   vs.                        )   BREACH OF CONTRACT; AND DAMAGES
12                             )
   METROPOLITAN LIFE          )
13 INSURANCE COMPANY;         )
   AND DOES 1 TO 10,          )
14                             )
         Defendants.          )
15                             )

16

17        Plaintiff FRANKLIN BUCHANAN, by and through his attorney,

   HOWARD R. GAINES, ESQ., alleges as follows:
18
                            **COUNT ONE**
19
                                I.
20
          At all times herein mentioned, Plaintiff FRANKLIN BUCHANAN, is and
21
   was a resident of Phoenix, Maricopa County, Arizona.
22
                                II.
23
          At all times herein mentioned, Plaintiff is informed and believes that
24
   Defendant METROPOLITAN LIFE INSURANCE COMPANY (hereinafter
25
   "METLIFE") was and is a corporation authorized to transact business in
26
   Maricopa County, Arizona with its principal place of business in the State of
27
   New York.   The names and addresses of the Defendants sued herein as Does 1
28
   to 10 are unknown to Plaintiff.   Plaintiff will ask leave of Court to insert the



1   true names and addresses, if any, of said Defendants as soon as they become

2   known to him.

3                                    III.

4           Plaintiff is informed and believes that prior to May 30, 2009, non-

5   party THOMAS A. ABBOTT, a resident of Phoenix, Arizona, entered into a

6   written contract for life insurance coverage on his life with Defendant

7   METLIFE.   Pursuant to the terms of the contract, THOMAS A. ABBOTT paid a

8   premium to Defendant METLIFE in an unknown amount and Defendant

9   METLIFE agreed to pay benefits in an unknown amount to the named

10  beneficiary in the event of THOMAS A. ABBOTT's death.   Plaintiff is informed

11  and believes that a life insurance policy was issued to THOMAS A. ABBOTT,

12  policy number unknown to Plaintiff, providing life insurance benefits in an

13  amount unknown in the event of THOMAS A. ABBOTT's death.   Plaintiff is

14  further informed and believes that Plaintiff is the named beneficiary under the

15  aforesaid life insurance policy.

16                                    IV.

17          On May 30, 2009, THOMAS A. ABBOTT died.   Plaintiff is informed and

18  believes that the death was from natural causes and is a covered event under

19  the terms of the life insurance policy.   As a direct and proximate result of the

20  death of THOMAS A. ABBOTT, Defendant METLIFE is obligated to pay the

21  benefits of the life insurance policy issued to THOMAS A. ABBOTT to the

22  named beneficiary, believed to be Plaintiff FRANKLIN BUCHANAN.

23                                    V.

24          Shortly after the death of THOMAS A. ABBOTT, Defendant METLIFE was

25  notified of the death and a life insurance claim was initiated under the policy.

26  On October 28, 2009, Plaintiff did submit a formal "Life Insurance Claim form,

27  Claimant's Statement," to Defendant METLIFE along with other supporting

28  documents.   As of the date of this lawsuit, Defendant METLIFE has failed and

                                       2

1  refused to pay the benefits of the life insurance policy to Plaintiff.

2                      VI.

3      Defendant METLIFE has wrongfully breached the terms of the life

4  insurance contract by failing to pay the benefits of the life insurance coverage

5  to Plaintiff, the named beneficiary.

6      WHEREFORE, Plaintiff prays for judgment against the Defendants, and

7  each of them, as follows:

8      1.    For general damages in an amount exceeding the minimal

9  jurisdictional limits of the Court;

10      2.    For attorney's fees as allowed pursuant to A.R.S.12-341.01;

11      3.    For any other and further relief as the Court may deem just and

12  proper.

13  DATED this 16 day of December, 2009.

14

15  HOWARD R. GAINES, ESQ.

16  Attorney for Plaintiff,
FRANKLIN BUCHANAN

17

18

19

20

21

22

23

24

25

26

27

28

                          3

CERTIFIED MAIL℠

7009 1410 0001 6247 3858

**ARIZONA DEPARTMENT OF INSURANCE**
2910 North 44th Street, Suite 210
Phoenix, Arizona 85018-7269

METROPOLITAN LIFE INS CO
CT CORPORATION SYSTEM
2394 E. CAMELBACK ROAD
PHOENIX, AZ 85016
CV2009038909

COPY

DEC 1 6 2009

MICHAEL K. JEANES CLERK
M. VEJAR,
DEPUTY CLERK

1  **HOWARD R. GAINES, ESQ.**
Bar Number 014170
2  3200 North Central Avenue
Suite 2350
3  Phoenix, Arizona 85012
(602) 274-1400
4
Attorney for Plaintiff
5  FRANKLIN BUCHANAN

6

7                    STATE OF ARIZONA

8        SUPERIOR COURT OF MARICOPA COUNTY
                                    CV2009-038909
9
FRANKLIN BUCHANAN,              )   CASE NO:
10                              )
         Plaintiff,             )   CERTIFICATE OF COMPULSORY
11                              )   ARBITRATION, NON-ELIGIBILITY
vs.                             )
12                              )
METROPOLITAN LIFE              )
13  INSURANCE COMPANY;          )
AND DOES 1 TO 10,               )
14                              )
         Defendants.            )
15

16        The undersigned certifies that the largest award sought by the Plaintiff,

17  including punitive damages, but excluding interest, attorney's fees and costs

18  does exceed limits set by Local Rule for Compulsory Arbitration.  This case is

19  not subject to the Uniform Rules of Procedure for Arbitration.

20        DATED this 16th day of December, 2009.

21

22                              _____

23                              HOWARD R. GAINES, ESQ.
                                Attorney for Plaintiff,
24                              FRANKLIN BUCHANAN

25

26

27

28

 CT Corporation

**Service of Process
Transmittal**
12/23/2009
CT Log Number 515914416

TO:     Teresa W. Roseborough, Chief Counsel of Litigation
        Met Life
        1095 Avenue of the Americas
        New York, NY 10036-6796

RE:     **Process Served in Arizona**

FOR:    Metropolitan Life Insurance Company (Domestic State: NY)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Franklin Buchanan, Pltf. vs. Metropolitan Life Insurance Company, et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Superior Court, Maricopa County, AZ<br>Case # CV2009-038909 |
| **NATURE OF ACTION:** | Insurance Litigation - Policy benefits claimed |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Phoenix, AZ |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 12/23/2009 postmarked on 12/22/2009 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service |
| **ATTORNEY(S) / SENDER(S):** | Howard R. Gaines<br>3200 North Central Avenue, Suite 2350<br>Phoenix, AZ 85012<br>602-274-1400 |
| **REMARKS:** | Process served/received by Insurance Commissioner on 12/22/09, and mailed to CT Corporation System on 12/22/09. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/23/2009, Expected Purge Date: 12/28/2009<br>Image SOP<br>Email Notification, Caroline Bruno CBruno@Metlife.com<br>Email Notification, CTServiceof Process ctserviceofprocess@metlife.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>Issis Gonzalez<br>2394 E. Camelback Road<br>Phoenix, AZ 85016<br>602-277-4792 |

Page 1 of  1 / DL

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

STATE OF ARIZONA
DEPT. OF INSURANCE

DEC 2 2 2009

TIME _____
SERVICE OF PROCESS

**HOWARD R. GAINES**
**3200 North Central Avenue, Suite 2350**
**Phoenix, Arizona 85012**
**(602)274-1400**
**AZ Bar No.: 014170**
**Attorney for Plaintiff FRANKLIN BUCHANAN**

# SUPERIOR COURT OF ARIZONA
# MARICOPA COUNTY

CV2009-038909

FRANKLIN BUCHANAN
(Name of Plaintiff)

METROPOLITAN LIFE INSURANCE COMPANY;
AND DOES 1 TO 10
(Name of Defendants)

No: _____

SUMMONS

IF YOU WANT THE ADVICE OF A
LAWYER, YOU MAY WISH TO CONTACT
THE LAWYER REFERRAL SERVICE AT
602-257-4434 OR ON-LINE AT
WWW.LAWYERFINDERS.ORG. LRS IS
SPONSORED BY THE MARICOPA
COUNTY BAR ASSOCIATION

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

FROM THE STATE OF ARIZONA TO METROPOLITAN LIFE INSURANCE COMPANY;
                                AND DOES 1 TO 10     (Name of Defendants)

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this Summons.

2.  If you do not want a judgment or order taken against you without your input, you must file an Answer or a Response in writing with the Court, and pay the filing fee. If you do not file an Answer or Response, the other party may be given the relief requested in his or her Petition or Complaint. To file your Response or Answer, take or send the Answer or Response to the **Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 or the Office of the Clerk of the Superior Court, 222 East Javelina Drive, Mesa, Arizona 85210-6201.** Mail a copy of your Response or Answer to the other party at the address listed on the top of this Summons.

3.  If this Summons and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your Response or Answer must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this Summons and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete 30 days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court at the address listed in Paragraph 2 above.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the Judge or Commissioner assigned to the case five days before your scheduled court date.

SIGNED AND SEALED this date: DEC 16 2009

MICHAEL JEANES, Clerk of the Superior Court

By _____
Deputy Clerk

IF YOU WANT THE ADVICE OF A
LAWYER, YOU MAY WISH TO CONTACT
THE LAWYER REFERRAL SERVICE AT
602-257-4434 OR ON-LINE AT
WWW.LAWYERFINDERS.ORG. LRS IS
SPONSORED BY THE MARICOPA
COUNTY BAR ASSOCIATION