UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Franklin Buchanan,<br><br>                    Plaintiff,<br><br>vs.<br><br>Metropolitan Life Insurance Company; and Does 1 to 10,<br><br>                    Defendants.<br>Metropolitan Life Insurance Company,<br><br>                    Counterclaimant,<br><br>vs.<br>Franklin Buchanan<br><br>                    Counterdefendant<br>Metropolitan Life Insurance Company,<br><br>                    Third-Party Plaintiff<br><br>vs.<br>Elizabeth Viviano<br><br>                    Third-Party Defendant | No. CV10-00103-PHX-JAT<br><br>**ORDER RE: MOTION**<br>**1. TO DEPOSIT INTERPLEADED FUNDS;**<br>**2. FOR DISCHARGE FROM LIABILITY;** *and*<br>**3. FOR COSTS AND ATTORNEYS' FEES** |

      This matter came before the Court pursuant to Metropolitan Life Insurance Company's Motion for Attorneys' Fees (document no. 22), Motion to Deposit Interpleaded Funds (document no. 23), and Motion for Discharge from Liability (document no. 24). The motions are unopposed. As there is good cause appearing,

IT IS ORDERED that this Order amends and supersedes the Court's Order at Doc. #31.

IT IS FURTHER ORDERED granting the motions as follows:

1. Metropolitan Life Insurance Company ("MetLife") shall deposit $160,486.59 with the Clerk of the Court. This represents the $168,000 death benefit, less the $473.06 in costs and $7,040.35 in attorneys' fees herewith awarded to MetLife. The Clerk shall place the death benefit in an interest bearing account;

2. Upon depositing the funds with the Clerk of the Court, MetLife is discharged from any further proceedings in this action;

3. MetLife, the American Express Life Insurance Plan (the "Plan"), and American Express Company ("American Express") are discharged from any and all liability to plaintiff/counterdefendant Franklin Buchanan and third-party defendant Elizabeth Viviano arising out of any claim to the death benefit payable because of the death of Thomas Abbott, upon deposit of the proceeds and prior to determining the rights of Buchanan and Viviano to the proceeds;

4. Franklin Buchanan and Elizabeth Viviano are permanently enjoined from commencing or prosecuting any other suit or action against MetLife, the Plan, and American Express for the collection of the insurance proceeds payable because of the death of Thomas Abbott, and from assigning, transferring or otherwise disposing of the interest in said proceeds until further order of this Court;

5. MetLife is awarded $473.06 in costs and $7,040.35 in attorneys' fees to be deducted from the death benefit before it is deposited with the Clerk of the Court.

Dated this 20th day of May, 2010.

_____
James A. Teilborg
United States District Judge