Kevin Koelbel, SBN 016599
LAW OFFICES OF KEVIN KOELBEL, P.C.
7303 W. Boston Street
Chandler, AZ  85226
(480) 705-7550
(480) 705-7503 Fax
kevin@koelbellaw.com
Attorney for Elizabeth Viviano

THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Franklin Buchanan,<br><br>               Plaintiff/Counterdefendant,<br>v.<br><br>Metropolitan Life Ins. Co., et al,<br><br>               Defendants/Counterclaimants. | Case No.  CV2010-00103-PHX-JAT<br><br>**NOTICE OF SETTLEMENT** |
| Metropolitan Life Ins. Co,<br><br>               Third Party Plaintiff,<br>v.<br><br>Elizabeth Viviano,<br><br>               Third Party Defendant | |

   Plaintiff/Counterdefendant Buchanan and Third Party Defendant Viviano have reached a settlement this matter.  The parties will file final papers with the Court within 30 days.

   Dated this 4th day of May 2011,

                              LAW OFFICES OF KEVIN KOELBEL, P.C.


                              By:   s/ Kevin Koelbel
                                    Kevin Koelbel
                                    Attorney for Elizabeth Viviano

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2011, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a notice of Electronic Filing to the following CM/ECF registrants:

Howard Gaines
3200 N. Central, Ste. 2350
Phoenix, AZ 85012
Attorneys for Buchanan

Dated this 4th day of May 2011

  s/ Kevin Koelbel