**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Franklin Buchanan, | ) | |
| | ) | CV 10-0103-PHX-JAT |
| Plaintiff/Counterdefendant, | ) | |
| v. | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| Metropolitan Life Ins. Co, et al., | ) | |
| | ) | |
| Defendant/Counterclaimant, | ) | |
| | ) | |
| Metropolitan Life Ins. Co., | ) | |
| | ) | |
| Third Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Elizabeth Viviano, | ) | |
| | ) | |
| Third Party Defendant | ) | |

___  **Court Verdict.**  This action came before the Court for a trial by the Court. The issues have been tried and the Court has rendered its verdict.

_X_  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Clerk shall immediately disburse the interpleader funds that were deposited with the Clerk on or about May 10, 2010, by Third Party Plaintiff/Counterclaimant Metropolitan Life Insurance Company in the net amount of $160,486.59, together with any accrued interest as follows: $34,000.00 to "Gaines Law, P.C. IOLTA Client Trust Account" for benefit of Plaintiff/Counterdefendant Buchanan; and the entire remaining balance to "Law Offices of Kevin Koelbel, P.C. Client Trust Account" in trust for Third Party Defendant Elizabeth Viviano. This action is dismissed in its entirety, with prejudice.

  May 18th    2011           RICHARD H. WEARE
Date                                    District Court Executive/Clerk
                                         S/ Kathy Gerchar
cc: (all counsel)                  (By) Kathy Gerchar, Deputy Clerk